

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-17-00417-CV**

IN THE INTEREST OF R.M., III,
AND J.M., CHILDREN

------------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 16-04589-211

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion for Voluntary Dismissal" and see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED: January 4, 2018

---

[1]*See* Tex. R. App. P. 47.4.